# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEGHASHYAM CHENNUR,<br><br>Defendant. | PO-22-5003-GF-JTJ<br><br>VIOLATIONS:<br>E1103339<br>E1103340<br>Location Code: M13<br><br>ORDER |

Based upon the United States' unopposed motion to accept the defendant's payment of a $85 fine and $30 processing fee for violation E1103339 (for a total of $115), and for good cause shown, **IT IS ORDERED** that the $115 fine paid by the defendant is accepted as a full adjudication of violation E1103339.

**IT IS FURTHER ORDERED** that violation E1103340 is **DISMISSED,** and the bench warrants issued on or about February 10, 2022 are **QUASHED.**

DATED this 1st day of November, 2022.

John Johnston
United States Magistrate Judge